IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
DEC 11 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:07CR 122 |
| ) | |
| vs. ) | |
| ) | **ORDER TO SEAL** |
| 1) BOBBY LEE MEDFORD, ) | |
|     also known as Bobby Medford, ) | |
| 2) JOHN DAVID HARRISON, ) | |
|     also known as Johnny Harrison, ) | |
| 3) RONNIE EUGENE DAVIS, ) | |
|     also known as Butch Davis, ) | |
| 4) GUY KENNETH PENLAND ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrants and the Motion to Seal the Bill of Indictment be sealed until the defendants have been arrested.

This the 11th day of December, 2007.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE